**Demond STEWARD, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 73222.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 10, 1998.

Jane Berman, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., CRAHAN, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Defendant Demond Steward appeals the motion court's denial after an evidentiary hearing of his Rule 29.15 motion for post-conviction relief on the issue of ineffective counsel. Mr. Steward alleges that his attorney was ineffective because he failed to investigate and call an alibi witness.

We have examined the briefs and record on appeal. We find that the motion court's findings of fact and conclusions of law were not clearly erroneous. An extended opinion reciting the detailed facts and restating the principles of law would serve no precedential

or jurisprudential value. The judgment is affirmed in accordance with rule 30.25(b).